| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JAMES ISHMAEL TIBBS, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:16-CV-470
　　　　　　　　　　　　　　　§
BOB WORTHAM, DA, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

### MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, James Ishmael Tibbs, a pre-trial detainee currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Bob Wortham, Marsha Norman, Douglas Barlow, Chip Radford, and Dennis Higginbotham.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to proceed *in forma pauperis* be denied and that the civil rights action be dismissed pursuant to 28 U.S.C. § 1915(g) unless plaintiff pays the full filing fee within fourteen (14) days. Plaintiff has yet to pay the full filing fee.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on December 2, 2016 (docket entry no. 4).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 5th day of May, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE